**WHITE & CASE LLP**
Samuel P. Hershey
Joshua D. Weedman
Lucas Curtis
Nikita Ash
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email: sam.hershey@whitecase.com
      jweedman@whitecase.com
      lucas.curtis@whitecase.com
      nikita.ash@whitecase.com

– and –

Keith H. Wofford
Devin Rivero (admitted *pro hac vice*)
Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Email: kwofford@whitecase.com
      devin.rivero@whitecase.com

– and –

Gregory F. Pesce (admitted *pro hac vice*)
Laura Baccash (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gregory.pesce@whitecase.com
      laura.baccash@whitecase.com

– and –

**ASK LLP**
Edward E. Neiger
Marianna Udem
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: mudem@askllp.com

– and –

Joseph L. Steinfeld, Jr.
(admitted *pro hac vice*)
Brigette McGrath
Kara E. Casteel (admitted *pro hac vice*)
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email: bmcgrath@askllp.com
      kcasteel@askllp.com

*Co-Counsel to Mohsin Y. Meghji, Litigation Administrator, as Representative for the Post-Effective Date Debtors*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| CELSIUS NETWORK LLC, *et al.*, | § § | Case No. 22-10964 (MG) |
| Reorganized Debtors.[2] | § § § | (Jointly Administered) |

---

[2] The Debtors in these chapter 11 cases (the "**Chapter 11 Cases**"), along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

4

| | |
|---|---|
| MOHSIN Y. MEGHJI, LITIGATION ADMINISTRATOR, AS REPRESENTATIVE FOR THE POST-EFFECTIVE DATE DEBTORS,<br><br>    Plaintiff,<br><br>v.<br><br>YASMANI DELGADO CARIDAD,<br><br>    Defendant. | Adv. Proc. No. 24-02772 (MG) |

## CERTIFICATE OF SERVICE

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this **Notice of Dismissal of Adversary Proceeding** was made on August 5, 2024, via:

[X]   Mail service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

Defendant
Yasmani Delgado Caridad
Address on file, but not publicly disclosed pursuant to the
*Memorandum Opinion and Order on the Debtors' Sealing Motion* (Bankr. Case No., Docket No. 910).

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 5, 2024        /s/ *Jean Esslinger*
                 Jean Esslinger
                 ASK LLP
                 2600 Eagan Woods Drive, Suite 400
                 Saint Paul, MN 55121